UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---

CATHERINE RAY, individually and
On behalf of all others similarly situated,

        Plaintiff,

              Civil Action No. 08-5025

vs

        **MOTION FOR RECONSIDERATION**

AMERICAN AIRLINES, INC.,

        Defendant,

---

Now comes Plaintiff Catherine Ray, by and through her counsel, and for her Motion for Reconsideration of the granting of Defendant s Motion to Amend its Notice of Removal, pursuant to FRCP 60(b), states as follows:

1. That on January 31, 2008, Defendant, American Airlines, Inc., through its attorney, Christopher Lawson, filed a Notice of Removal alleging federal jurisdiction based on the Class Action Fairness Act of 2005, 28 U.S.C. Section 1332(d) and Diversity of Citizenship and Supplemental Jurisdiction under 28 U.S.C. Sections 1332(a)(1), 1367(a) and 1441(a), removing the subject case from the Arkansas state court.

2. That on February 28th, 2008, Plaintiff filed a Motion to Remand with a supporting Memorandum of Law, Affidavit of Catherine Ray and Declaration of Paul S. Hudson.

3. That on March 17th, 2008, Defendant filed a Motion to Amend its Notice of Remand to add a Settlement Letter from Plaintiff Attorney to Defendant Attorney dated March 3, 2008, which motion was granted by the court on March 19, 2008.

4. That in support of the Motion for Reconsideration the Plaintiff submits a Memorandum of Law and Declaration of Paul S. Hudson both dated April 7, 2008, which is incorporated herein by reference.

WHEREFORE, Plaintiff prays that this Court will enter an order granting the Motion for Reconsideration, denying on reconsideration Defendant s Motion to Amend, and expunging or placing under seal the Settlement Letter of March 3rd, 2008 filed with the Court, and for such other relief as the Court deems just and proper in the circumstances.

Dated:  April 7, 2008

        Respectfully submitted,
        CATHERINE RAY, PLAINTIFF

By:    /s/ Bobby Lee Odom
       Bobby Lee Odom, AR Bar # 70054
       Russell Winburn AR Bar # 87193
       Odom Law Firm, P.A.
       1 East Mountain
       P.O. Drawer 1868
       Fayetteville, AR  72702-1868
       (479)442-7575
       (479) 442-9008 Fax
       bodom@odomfirm.com
       rwinburn@odomfirm.com

       Law Offices of Paul S. Hudson, P.C.
       4411 Bee Ridge Road, #274
       Sarasota, FL  34233
       (410) 940-8934
       (240) 391-1923 fax

Globetrotter1947@hotmail.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court s EFC filing system on April 7, 2008 upon the following:

Kevin A. Crass
R. Christopher Lawson
Friday, Eldredge & Clark, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR  72703-4811


/s/ Bobby Lee Odom<br>Bobby Lee Odom