UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERINE RAY, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.                                          Case. No. 08-5025

AMERICAN AIRLINES, INC.,

    Defendants,

DECLARATION OF PAUL S. HUDSON

I, Paul S. Hudson, an attorney for the Plaintiff, hereby declares:

1. Prior to issuing a settlement letter dated March 3rd, 2008, to Defendant's Attorney Michael Powell, Esq. *pro hac vice* in Dallas, Texas, I communicated with Attorney Powell by telephone and email (he initially called me).

2. In furtherance of settlement of this case and the mandatory ADR track order issued by the U.S. District Court for the Northern District of California in the case of *Hanni v American Airlines et al* (copy of Order affixed hereto as Exhibit A) to confer and meet re settlement, I sent Attorney Powell a settlement proposal dated March 3, 2008, with the specific condition that it not be disclosed or used for any purpose other than settlement. See second to last par. March 3rd, 2008 Settlement Letter, p.5 to Ex. B to Motion to Amend, Doc. Entry #8.



EXHIBIT B

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 7th, 2008 at Sarasota, Florida.

*[signature: Paul S. Hudson]*

Paul S. Hudson
4411 Bee Ridge Road #274
Sarasota, Florida 34233
Telephone: 410-940-8934
Email: globetrotter1947@hotmail.com