```
         IN THE UNTIED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CATHERINE RAY, on behalf of herself
and all others similarly situated,                PLAINTIFF

v.                      Case No. 08-5025

AMERICAN AIRLINES, INC.,                          DEFENDANT

## ORDER

Before the Court is the Defendant's Motion for Leave to File Supplemental Authority in Support of Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion to Remand (Doc. 37). Defendant requests leave to file a reply because it contends recently issued decisions support Defendant's motion. Upon due consideration, Defendant's Motion for Leave to File Supplemental Authority in Support of Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion to Remand is **GRANTED**. Defendant shall have until the close of business on May 16, 2008 to file its reply.

IT IS SO ORDERED.

Dated: May 8, 2008
/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge