IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERINE RAY, on behalf of herself
and all others similarly situated                    PLAINTIFF

VS.                   CASE NO. 08-5025

AMERICAN AIRLINES, INC.                              DEFENDANT

### ORDER

Currently before the Court are Defendant's Motion requesting the Court to set a deadline for Plaintiff to amend her complaint or, alternatively, to enlarge the time for Defendant to answer the existing complaint (Doc. 55) and Plaintiff's Response (Doc. 56). The Court being well and sufficiently advised in the premises, finds the motion should be **GRANTED IN PART and DENIED IN PART.**

The Court ruled on Defendant's Motion to Dismiss on June 2, 2008. Defendant then moved the Court to reconsider that ruling. On August 22, 2008, the Court denied Defendant's motion to reconsider. As of this date, Defendant has not responded to Plaintiff's Amended Complaint. Defendant has ten (10) days from the date of this order to respond to Plaintiff's Amended Complaint. While the Court gave Plaintiff leave to file a Second Amended Complaint in the June 2, 2008, order, Plaintiff is advised that failure to do so in a timely manner without good cause for delay could be grounds for striking the amendment.

**AO72A**
**(Rev. 8/82)**

IT IS SO ORDERED this 10th day of September, 2008.

        /S/ Robert T. Dawson
        Honorable Robert T. Dawson
        United States District Judge