# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 12, 2009

Mr. Michael Vance Powell
LOCKE & LORD
2200 Ross Avenue
Suite 2200
Dallas, TX 75201-6776

    RE: 09-2357 Catherine Ray v. American Airlines, Inc.

Dear Counsel:

    We have received certified copies of a notice of cross-appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance, with the Federal Rules of Appellate Procedure and Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

The briefing schedule established today supersedes all other schedules. The briefing schedule will be forwarded under separate Notice of Docket Activity.

                Michael E. Gans
                Clerk of Court

BNS

Enclosure(s)

cc:    Mr. Timothy James Cullen
       Mr. Paul S. Hudson
       Ms. Carolyn G. Johnson
       Mr. Christopher R. Johnson
       Mr. Roger Christopher Lawson
       Mr. Bobby Lee Odom
       Mr. Russell B. Winburn

    District Court/Agency Case Number(s):  5:08-cv-05025-RTD

**Caption For Case Number: 09-2357**

**Catherine Ray, individually and on behalf of all others similarly situated,**

  **Plaintiff - Appellee**

**v.**

**American Airlines, Inc.,**

  **Defendant - Appellant**

**Addresses For Case Participants:   09-2357**

Mr. Michael Vance Powell
LOCKE & LORD
2200 Ross Avenue
Suite 2200
Dallas, TX  75201-6776

Mr. Timothy James Cullen
CULLEN & COMPANY
217 W. Second Street
P.O. Box 3255
Little Rock, AR  72203-0000

Mr. Paul S. Hudson
#274
4411 Bee Ridge Road
Sarasota, FL  34233

Ms. Carolyn G. Johnson
LOCKE & LORD
2200 Ross Avenue
Suite 2200
Dallas, TX  75201-6776

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72702-0000

Mr. Roger Christopher Lawson
FRIDAY & ELDREDGE
3425 N. Futrall Drive
Suite 103
Fayetteville, AR  72703-6252

Mr. Bobby Lee Odom
ODOM & ELLIOTT
1 E. Mountain
P.O. Drawer 1868
Fayetteville, AR  72702-0000

Mr. Russell B. Winburn
ODOM & ELLIOTT
1 E. Mountain
P.O. Drawer 1868
Fayetteville, AR  72702-0000